May 8, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

SANTA FE INDEPENDENT SCHOOL DISTRICT, Appellant

NO. 14-11-00447-CV                    V.

RHONDA FALGOUST, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Rhonda Falgoust, signed May 9, 2011, was heard on the transcript of the record. We have inspected the record and find the trial court lacked jurisdiction over the claims. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing the suit for lack of jurisdiction.

We order appellee, Rhonda Falgoust, to pay all costs incurred in this appeal. We further order this decision certified below for observance.